**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.   CASE NO. 6:07-CR-42-ORL-19GJK
      and      6:07-CR-88-ORL-19KRS

SHEENA MULLINS

ORDER

This case was considered by the Court on the Government's Motion for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. No. 31 in Case No. 6:07-CR-42-ORL-19GJK and Doc. No. 408 in Case No. 6:07-CR-88-ORL-19KRS, filed May 28, 2009), Orders of the Court (Doc. No. 32 in Case No. 6:07-CR-42-ORL-19GJK and Doc. No. 409 in Case No. 6:07-CR-88-ORL-19KRS, filed June 12, 2009), Defendants Mullins' Response to Government's Motion for Rule 35 Sentence Reduction (Doc. No. 35 in Case No. 6:07-CR-42-ORL-19GJK and Doc. No. 410 in Case No. 6:07-CR-88-ORL-19KRS, filed June 25, 2009), and Supplement to Defendant Mullins' Response to Government's Motion for Rule 35 Sentence Reduction (Doc. No. 36 in Case No. 6:07-CR-42-ORL-19GJK and Doc. No. 413 in Case No. 6:07-CR-88-ORL-19KRS, filed June 30, 2009).

Upon consideration:

The Government requests a two-level departure based on the cooperation of Defendant Mullins since her sentencing. According to the Government's Motion, Sheena Mullins has continued to assist law enforcement by providing information to federal authorities in Georgia about additional Black Mafia Family defendants. The information she provided corroborated the information that William Marshall, the Black Mafia Family's

chief financial officer had earlier provided. This cooperation and information assisted the authorities in obtaining guilty pleas from Black Mafia Family defendants that Defendant Mullins knew. The Government views this cooperation as substantial assistance.

Defendant previously received a reduction in her guideline range of 4 levels due to a Government motion requesting recognition of her substantial assistance (Doc. No. 364 in Case No. 6:07-CR-88-ORL-19KRS, filed June 1, 2007).

Defendant has provided substantial assistance to the Government. The Government's Motions for Reduction in Sentence (Doc. No. 31 in Case No. 6:07-CR-42-ORL-19GJK and Doc. No. 408 in Case No. 6:07-CR-88-ORL-19KRS) are **GRANTED** as follows:

1. Defendant's Guideline Range is **REDUCED 2 LEVELS** to Total Offense Level 23, Criminal History Category I (46-57 months).

2. The Judgments in a Criminal Case (Doc. No. 24 in Case No. 6:07-CR-42-ORL-19GJK, and Doc. No. 404 in Case No. 6:07-CR-88-ORL-19KRS, filed September 12, 2007) are **AMENDED** to provide:

   a. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **46 months** on Count One of the Indictment in Case No. 6:07-CR-88-ORL-19KRS and **46 months** on Count One of the Indictment in Case No. 6:07-CR-42-ORL-19GJK, such terms to run concurrently.

In all other respects, the Judgments in a Criminal Case (Doc. No. 24 in Case No. 6:07-CR-42-ORL-19GJK and Doc. No. 404 in Case No. 6:07-CR-88-ORL-19KRS) remain in full force and effect and are otherwise unamended.

3. The Court has considered the factors enumerated in 18 United States Code Section 3553 including applicable guidelines and policy statements issued by the U.S. Sentencing Commission in imposing this sentence. The Court declines to further reduce

Defendant's sentence as requested by Defendant in her Response (Doc. No. 410 in Case No. 6:07-CR-88-ORL-19KRS and Doc. No. 35 in Case No. 6:07-CR-42-ORL-19GJK , filed June 25, 2009) and Supplement to her Response (Doc. No. 413 in Case No. 6:07-CR-88-ORL-19KRS and Doc. No. 36 in Case No. 6:07-CR-42-ORL-19GJK, filed June 30, 2009) to the Government's motions (Doc. Nos. 31 and 408).

4. Defendant is advised of her right to appeal. To the extent permitted by law and any Plea Agreement, Defendant has a right to file an appeal of this Order **within ten (10) days** from its filing with the Clerk of Court. Failure to timely file a Notice of Appeal will result in waiver of the right to appeal. The Government may file an appeal from this Order. Defendant is entitled to the assistance of counsel if an appeal is filed, and if she cannot afford an attorney the Court will appoint one to represent her on the appeal at no charge or cost to Defendant.

**DONE AND ORDERED** at Orlando, Florida, this ___7th___ day of July, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant